AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ADRIANO X. AMARO

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1035-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ADRIANO X. AMARO
                                       Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

knowingly obtaining, accepting or receiving forged, counterfeit, altered or falsely made immigration documents; knowingly possessing an identification document or authentification feature of the United States that was stolen or produced without legal authority; and conspiring to commit those offenses

in violation of Title  18  United States Code, Section(s)  1546(a), 1028(a)(6) and (f), 371

JUDITH G. DEIN
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

2/16/05   Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY ARREST ___ENT OF THE ___ 2/17/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

*Stamp: RECEIVED 2005 FEB 16 P 4:10 U.S. MARSHAL SERVICE BOSTON, MA*