Feb 22 05 02:52p        Atty. Thomure        (617) 482-2228        p.2

Case 1:05-mj-01035-JGD    Document 4    Filed 02/22/2005    Page 1 of 2

UNITED STATES OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )        CRIMINAL NO. 05-mj-01035-JGD
v.                       )
                         )
ADRIANO AMARO            )
_____)

## MOTION TO CONTINUE DETENTION/PROBABLE CAUSE HEARING

The defendant, Adriano Amaro, hereby moves this Honorable Court to continue
the detention/probable cause hearing now scheduled for February 22, 2005 to Monday,
February 28, 2005. The defendant states the following grounds in support of this motion:

1. Defense counsel is scheduled to appear in Boston Municipal Court that day on the
following cases: (1) Commonwealth v. David Simo, Docket No. 0405CR001372
(scheduled for trial); (2) Commonwealth v. Jaqueline Gilbert, Docket Nos. 0401CR7065,
0401CR2970, and 0301CR2613 (scheduled for disposition); and (3) Commonwealth v.
Hearie Alvarez, Docket No. 0401CR6458 (status, Spanish interpreter required).

2. The likelihood that counsel will be able to complete her appearances in all three
matters in time to appear in federal court in this matter by 11:15 is extremely low. The
cases will be called in different sessions, and while counsel will make her best effort to
move efficiently between sessions keeping all clerks informed of her whereabouts, past
experience indicates this will not be sufficient, particularly where an interpreter (who
may or may not turn out to be available) is needed in one of the cases. The bottom line is

ALLOWED to 2/28/05 at

before Judge

time 11:00

FEB 22 2005

Feb 22 05 02:53p    Atty. Thomure         (617) 482-2228      p.

Case 1:05-mj-01035-JGD    Document 4    Filed 02/22/2005    Page 2 of 2

that counsel cannot reliably say she will be available for the hearing presently scheduled

for February 23, 2005 at 11:15 a.m.[1]

3.   Counsel is hopeful that her Boston Municipal Court matters will conclude in time

for her to attend part of the hearing, (in which case she intends to do so, as an observer)

but cannot be confident of her availability at the outset.

WHEREFORE, the defendant respectfully requests this Honorable Court to allow this

motion and continue the detention and probable cause hearing in this matter to Monday,

February 28, 2005.

ADRIANO AMARO
By his Attorney,

Leslie Feldman-Rumpler, Esq.
BBO # 555792
101 Tremont Street, Ste. 708
Boston, MA  02109
(617) 728-9944

CERTFICATE OF SERVICE

I, Leslie Feldman-Rumpler, attorney for the defendant, hereby certify that I have
served a copy of the within document on AUSA Chris Bator by facsimile.

2/22/05
Date

Leslie Feldman-Rumpler, Esq.

---

[1]  Counsel made this known at the time the hearing was scheduled, but there was a conflict in the afternoon
for one of the co-defendant's attorneys.

2