AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF Massachusetts

UNITED STATES OF AMERICA
V.

Adriano Amaro

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05m - 1035-JGD

I, _Adriano Amaro_, charged in a ☒ complaint ☐ petition pending in this District _of Massachusetts_ in violation of _18_, U.S.C., _1546(a), 1028(a)(6), 1028(f), and 371_ and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_Adriano Amaro_
Defendant

_3/1/05_
Date

_[signature]_
Counsel for Defendant